UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | EDCV 16-924 DSF (KKx) | Date | 6/14/16 |
|---|---|---|---|
| Title | Esperanza Vega v. Walgreen Co., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order DENYING Motion to Remand (Dkt. No. 12)[1]

     Defendants removed this employment case based on diversity of citizenship. Plaintiff has moved to remand. Plaintiff only challenges the amount in controversy and does not dispute that diversity exists. The Court finds that Defendants have demonstrated by a preponderance of the evidence that the amount in controversy exceeds $75,000. The back pay at issue alone is around $56,000. Front pay for another year adds more than $47,000. Plaintiff also claims emotional damage damages, punitive damages, and attorney's fees. There is no question that Plaintiff could recover more than $75,000 if she succeeded on all of her claims.

     The motion is DENIED.

     IT IS SO ORDERED.

---

[1] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for June 20, 2016 is removed from the Court's calendar.